sr    /004

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

In re:   JESS DAVIS and MARTHA DAVIS                                    Case No:   3:19-bk-73190 B

## OBJECTION TO CONFIRMATION OF PLAN
## AS MODIFIED POST-CONFIRMATION ON March 15, 2021

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Plan as Modified Post-Confirmation. The Chapter 13 filing and plan fail to comply with the following:

1.   11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income.  **(A) According to the Debtor's Form 122C-1 (Means Test), the Debtor is required to pay a dividend of $3,102 to unsecured creditors, propose a 100% dividend to unsecured creditors, or the Debtor should provide the language to submit annual tax returns to the Trustee.  In addition, the Debtor should file amended schedules I and J if her annual income increases by more than 5%.  If there is additional disposable income reflected in the amended budget, the plan should be modified by April 30th of each year to pay the additional income into the plan in an effort to meet the disposable income requirement of Form B22C.  (B) The Debtors have proposed a plan length of 48 months; less than the ACP of 60 months deemed by the Debtors' Form 122-C1 (Means Test).**

2.   11 U.S.C. § 1325(a)(1) - The plan does not comply with the provisions of Chapter 13 and the other provisions of the Bankruptcy Code.  **Pursuant to Bankruptcy Rules 2002(b) and 3015(d), a copy of the plan or summary of treatment under the plan and a Notice of Opportunity to Object should be served on all creditors. The Debtor(s) should provide proof that proper notice was provided to all creditors.**

3.   11 U.S.C. § 1322(a)(1) - The plan does not commit to the supervision and control of the Trustee funds sufficient for execution of the plan.  **The monthly payment is insufficient to pay unsecured according to the debtor's Form 122-C1(Means Test).**

Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

/s/  Joyce Bradley Babin
_____
CHAPTER 13 STANDING TRUSTEE

sr    /004

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on March 23, 2021.

/s/  Joyce Bradley Babin
Joyce Bradley Babin

cc:    Jess Davis and
        Martha Davis
        1220 Ridgecrest
        Mountain Home, AR  72653