IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE:  JESS DAVIS and MARTHA DAVIS         CASE NO: 3:19-bk-73190 R
                                            Chapter 13

## TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO SUBMIT TAX RETURNS AND REMIT ADDITIONAL FUNDS

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion to Dismiss Case for Failure to Submit Tax Returns and Remit Additional Funds filed in the above case, states:

1. The above case was filed on November 22, 2019, and the plan was confirmed on August 12, 2020.

2. The Means Test (Form 122C) indicated that the Debtors are above median income debtors with monthly disposable income that should be provided to unsecured creditors over the Debtors' sixty month plan term, the "disposable income pool."

3. The Debtors presented circumstances that prevented the payment of the entire disposable income pool.

4. Because the Debtors are not paying the disposable income pool, the Debtors are required to timely submit annual tax returns to the Trustee and, if necessary, make any adjustments to the plan payment to maximize the dividend amount to unsecured creditors or explain the reasons that the plan payment should not increase.

5. The Debtors have not provided copies of tax returns for the following year(s): 2019-2021. Consequently, the Debtors have not provided amended schedules or committed additional funds to the plan. The Debtors' ability to fund the disposable income pool cannot be determined.

6. The Debtors are in material default with respect to the terms of the confirmed plan. Pursuant to 11 U.S.C. § 1307(c), the Debtors' case should be dismissed for cause, including the failure to comply with the plan provisions.

WHEREFORE, the Trustee prays for an order dismissing the case and for all other just, proper and equitable relief.

Respectfully submitted,

Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE
P O BOX 55161
LITTLE ROCK, AR  72215-5161
(501) 537-2500

By:  /s/ Joyce Bradley Babin
     Joyce Bradley Babin

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on July 14, 2022.

                                                       /s/  Joyce Bradley Babin
                                                           Joyce Bradley Babin

JESS DAVIS and
MARTHA DAVIS
309 Ouachita Ave.
Mountain Home, AR  72653

154 - MTD Failure to Submit Tax Returns / tlg